# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 52 WM 2022

Respondent :

v. :

WAYNE ANTHONY DAVIS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.